**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12 CR 589** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| **DWIGHT E. HERRERA,** | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant Dwight Herrera's "Motion/Affidavit/Memorandum of Law for the Disclosure, & Release of the Commencement & Termination Dates of the Grand Jury, & Email Messages Involved in Federal Criminal Case #1:12-CR-589 (DAP)-3." (**Doc #: 370**.) This is Defendant Dwight E. Herrera's **fifth** post-judgment effort to obtain grand jury transcripts or records. See Doc #: 338 (post-judgment motion), Doc #: 339 (motion to reconsider), Doc #: 356 (post-judgment motion to compel), Doc #: 367 (motion under 753 f and 28 U.S.C. 2250 for certified copy of transcripts). If conceivable, this Motion is less intelligible than the previous four motions. For reasons previously articulated, the Motion (**Doc #: 370**) is hereby **DENIED**.

As it appear that Herrera is attempting to do no more that clog the wheels of justice in the trial and appellate courts with profligate filings, the Court hereby **DIRECTS** the Clerk of Court to return, unfiled, any document Herrera files in this action regarding the subject of grand jury transcripts or records.

**IT IS SO ORDERED.**

                                         */s/ Dan A. Polster     November 1, 2019*
                                         **Dan Aaron Polster**
                                         **United States District Judge**