IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

> Granted.
> It is SO ORDERED.
> s/Dan Aaron Polster
> United States District Judge
> Oct. 6

| | | |
|---|---|---|
| DWIGHT HERRERA, | ) | CASE NO.: 1:12-CR-589 |
| | ) | |
| Defendant, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MOTION FOR LEAVE TO FILE |
| | ) | RESPONSE UNDER SEAL |
| Plaintiff. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Margaret A. Sweeney, Assistant United States Attorney, and hereby requests that this Honorable Court issue and order permitting the government to file its response in opposition to the defendant's motion for compassionate release under seal. The government's response contains sensitive information. Accordingly, the government requests that this Court permit leave to file its response under seal.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Margaret A. Sweeney
Margaret A. Sweeney (OH: 0086591)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3990
(216) 522-7499 (facsimile)
Margaret.Sweeney@usdoj.gov